HARRY HERSHON, Doing Business as HARRY HERSHON COMPANY, Appellant, v. DURISOL, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Heffernan, JJ.

MURRAY ORBACH, as a Director of JAROLD SHOPS, INC., Suing on Behalf of JAROLD SHOPS, INC., Respondent, v. MAE DIAMOND, Individually and as Administratrix of the Estate of BERNARD DIAMOND, Deceased, Appellant, et al., Defendants.— Order unanimously modified by deleting from items 1, 5, 6, 7 and 8 of the notice of examination the words "fradulently and unlawfully" and "unlawful reasons" and by directing that books and papers relevant to the subject of examination are to be produced pursuant to section 296 of the Civil Practice Act instead of in accordance with Beeber v. Empire Power Co. (260 App. Div. 68, and cases there cited) and, as so modified, affirmed, without costs. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P, J., Cohn, Callahan, Van Voorhis and Heffernan, JJ.

FLORENCE W. BRILL et al., Suing for Themselves and Others as Preferred Stockholders of 551 Fifth Avenue, Inc., Similarly Situated, Respondents, v. CHARLES N. BLAKELEY et al., Respondents. CERTIFICATE ASSOCIATES INC. et al., Interveners, Plaintiffs; KURT E. FONTHEIM, Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Heffernan, JJ.

MAE DIAMOND, as a Director and Stockholder of JAROLD SHOPS, INC., Suing on Behalf of Herself and for the Right of JAROLD SHOPS, INC., Respondent, v. EVELYN DIAMOND et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Settle order on notice. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Heffernan, JJ.

EDWIN ADERER, Appellant, v. OSCEOLA ADERER, Respondent.— Order unanimously modified by reducing alimony to $100 per week and counsel fee to $5,000 and, as so modified, affirmed. No opinion. Settle order on notice. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Heffernan, JJ.